**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:19-cv-00243-PGB-GJK

MICHAEL R. MCNEIL,

    Plaintiff,
vs.

DENNISON, et al.,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff MICHAEL R. MCNEIL, and Defendants JASPER L. DENNISON and CIRCLE K STORES, INC., d/b/a CIRCLE K #6083, by and through their undersigned counsel, hereby file this Joint Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action against Defendants, JASPER L. DENNISON and CIRCLE K STORES, INC., d/b/a CIRCLE K #6083. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 13th day of August 2019

| | |
|---|---|
| By: /s/Joe M. Quick, Esq. | By: /s/Stephanie Generotti, Esq. |
| Joe M. Quick, Esq. | Stephanie Generotti, Esq. |
| Florida Bar No.: 0883794 | Florida Bar No.:112924 |
| Law Offices of Joe M. Quick, P.A. | Ogletree Deakins Nash Smoak & |
| *Counsel for Plaintiff* | Stewart, P.C. - Tampa |
| 1224 S. Peninsula Drive #604 | Counsel for Defendants |
| Daytona Beach, Florida 32118 | 100 N. Tampa St Ste 3600 |
| Tel: (386) 212-3591 | Tampa, Florida 33602-5867 |
| E-mail:JMQuickesq@gmail.com | Tel: (813) 221-7344 |
| | E-mail:Stephanie.Generotti@ogletreedeakins.com |

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 13th day of August 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

        By: /s/Joe M. Quick, Esq.
        Joe M. Quick, Esq.
        Florida Bar No.: 0883794
        Attorney for Plaintiff
        Law Offices of Joe M. Quick, P.A.
        1224 S. Peninsula Drive #604
        Daytona Beach, Florida 32118
        Tel: (386) 212-3591
        E-mail: JMQuickesq@gmail.com